

**SO ORDERED.**
**SIGNED this 18th day of September, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

KATHY LENORA IVEY
aka KATHY IVEY-ANNIS

Case No.  3:19-bk-33166-SHB
Chapter 7

Debtor

## O R D E R

Following the status hearing held September 18, 2020, in *Mostoller v. Mr. Cooper, at al.*, Adv. No. 3:19-ap-0351-SHB, the Court directs the following:

1.  No later than close of business on October 16, 2020, Sovereign Lending Group, Inc. shall file all communications related to its transaction with Debtor, including printouts of any electronic records.

2.  These documents may be filed under seal pursuant to E.D. Tenn. LBR 5005-4(m).

3.  In the event the documents are not filed under seal, Sovereign Lending Group, Inc. shall redact all personal identifiers as set forth in Federal Rule of Bankruptcy Procedure 9037.

###